# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Thad J. | U.S. Bankruptcy Court - ND of Iowa | 02/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

111-Seventh Ave. SE
Box 23
Cedar Rapids, IA 52401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Thad J. | 02/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Dentist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commercial and Bankruptcy Law Seminar | April 19-20, 2018 | Des Moines, IA | Speaker | Food/Lodging |
| 2. | Iowa State Bar Conference | June 18-20, 2018 | Des Moines, IA | Speaker | Food/Lodging |
| 3. | All-Iowa Bankruptcy Conference | September 27-28, 2018 | Cedar Rapids, IA | Speaker | Food |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Matsco (A division of Wells Fargo) | Dental Practice Loan | M |
| 2. | Bank of America | Business Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Thad J. | 02/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Amerian Funds Growth Fund of America | A | Dividend | L | T | Buy (add'l) | 01/03/18 | J | | |
| 2. | Europacific Growth CL F2 (AEPFX) | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 3. | American Funds Washington Mutual Investment Fund | A | Dividend | | | Sold | 02/27/18 | J | | |
| 4. | American Funds EuroPacific Growth Fund | A | Dividend | | | Sold | 02/27/18 | J | | |
| 5. | American Funds New World | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 6. | American Funds Growth Portfolio | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 7. | Iowa Advisor 529 Voya Government Money Market Fund | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 8. | Iowa Advisor 529 Conservative Option | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 9. | Iowa Advisor 529 Voya Government Money Market Fund | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 10. | Iowa Advisor 529 Conservative Option | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 11. | Delaware Small Cap Core (DCCIX) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 12. | Diamond Hill Large Cap (DHLX)```` | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 13. | Oakmark Intl Instl (OANIX) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 14. | Ishares Core MSCI EAFE ETF (IEFA) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 15. | Ishares Core L 2000 ETF (IWM) | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 16. | Ishares Russell 1000 Value ETF (IWD) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 17. | Ishares Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Thad J. | 02/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Russell Mid-Cap ETV (IWR) | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 19. JP Morgan Emerging Markets Equity (JMIEX) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 20. Oppenheimer Intl Growth (OIGYX) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 21. T Rowe Price Growth Stock (PRGFX) | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 22. Principal Mid Cap Instl (PCBIX) | A | Dividend | | | Sold | 02/27/18 | J | | |
| 23. Vanguard FTSE All World EX US ETF (VEU) | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 24. Blackrock Strategic Income OPPTYS INSTL CL (BSIIX) | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 25. John Hancock Income CL 1 (JSTIX) | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 26. SPDR Portfolio Short Term Corp Bond ETF (SPSB) | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 27. Sterling Capital Stratton Small Cap Value Instl CL (STSCX) | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 28. Ishares Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 29. Ishares Russell 1000 Value ETF (IWF) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 30. Ishares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 31. Europacific Growth CL F2 (AEPFX) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 32. Sterling Capital Stratton Small Cap Value Instl CL (STSCX) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Thad J. | 02/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Thad J. | 02/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thad J. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544